# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | | |
|---|---|---|
| James M. Tennant and Charles R. Richards, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No.: 2:04-cv-0093-CWH |
| versus. | ) ) ) | |
| Georgetown County, a division of State of South Carolina; Thomas Edwards, Jr., in his individual and official as County Administrator for Georgetown County; Jack M.. Scoville, Jr., in his individual and official capacity as County Attorney for Georgetown County; Edsel Hemingway, Tom Swatzel, Johnny Morant, David Hood, Helen Rudolph, and Thomas Earl Drayton, in their individual and official capacities as members of the County Council of Georgetown County; Ronald Charlton, in his individual and official capacity as a member of the County Council of Georgetown County and in his capacity as an owner and officer of Southern Cable Communications, Inc., and Southern Coastal Cable, LLC; Southern Cable Communications, Inc., a cable company; Southern Coastal Cable, LLC, a cable company, City of Georgetown, a municipal entity; L. Boyd Johnson, in his individual and official capacity as City Administrator for the City of Georgetown; Georgetown County School District, a school district; Randall Dozier, in his individual and official capacity as Deputy Superintendent of the Georgetown County School District; Yvonne Chandler, each in her individual and official capacity as an official of the Georgetown County School District; Horry Telephone Cooperative, Inc., a telephone and cable company; HTC | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **ORDER** |

| | |
|---|---|
| Communications, Inc., a communications company; Scott Everett, an employee of Horry Telephone Cooperative, Inc.; Billy Hughes, an employee of Horry Telephone Cooperative, Inc.; AAC Cable Communications FL-VA, LLC, a cable company; Doug Jones, an employee of AAC Cable Communications FL-VA, LLC, a cable company; Time Warner Cable, Inc., a cable company; Mary Ann Jacobs, an official of Time Warner Cable; Bud Tibshrany, an official of Time Warner Cable; Southeastern Publishing Company, Inc., owner and publisher of the Coastal Observer; Wayne Ellis, senior pastor for Screven Baptist Church, Screven Baptist Church, a church located in Georgetown, S.C., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) ) |

On March 30, 2006, the Court granted Southeastern publishing, Inc.'s motion for summary judgment. On April 11, 2006, the Clerk of Court mailed notice of the order to the plaintiffs. In the interest of justice and pursuant to Rule 60(b)(6) of the Federal Rules of Civil Procedure, the summary judgment previously entered in this matter is withdrawn and re-entered as of the date below.

**AND IT IS SO ORDERED.**

_C. Weston Houck_

**C. WESTON HOUCK**
**UNITED STATES DISTRICT JUDGE**

April 19, 2006
Charleston, South Carolina