**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | | |
|---|---|---|
| James M. Tennant and Charles R. Richards, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No.: 2:04-cv-0093 |
| versus. | ) ) ) | |
| Georgetown County, a division of State of South Carolina; Thomas Edwards, Jr., in his individual and official as County Administrator for Georgetown County; Jack M.. Scoville, Jr., in his individual and official capacity as County Attorney for Georgetown County; Edsel Hemingway, Tom Swatzel, Johnny Morant, David Hood, Helen Rudolph, and Thomas Earl Drayton, in their individual and official capacities as members of the County Council of Georgetown County; Ronald Charlton, in his individual and official capacity as a member of the County Council of Georgetown County and in his capacity as an owner and officer of Southern Cable Communications, Inc., and Southern Coastal Cable, LLC; Southern Cable Communications, Inc., a cable company; Southern Coastal Cable, LLC, a cable company, City of Georgetown, a municipal entity; L. Boyd Johnson, in his individual and official capacity as City Administrator for the City of Georgetown; Georgetown County School District, a school district; Randall Dozier, in his individual and official capacity as Deputy Superintendent of the Georgetown County School District; Yvonne Chandler, each in her individual and official capacity as an official of the Georgetown County School District; Horry Telephone Cooperative, Inc., a telephone and cable company; HTC Communications, Inc., a communications company; Scott Everett, an employee of | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **ORDER** |

|  |  |
|---|---|
| Horry Telephone Cooperative, Inc.; | ) |
| Billy Hughes, an employee of Horry | ) |
| Telephone Cooperative, Inc.; AAC Cable | ) |
| Communications FL-VA, LLC, a cable | ) |
| company; Doug Jones, an employee of AAC | ) |
| Cable Communications FL-VA, LLC, a | ) |
| cable company; Time Warner Cable, Inc., | ) |
| a cable company; Mary Ann Jacobs, an | ) |
| official of Time Warner Cable; Bud | ) |
| Tibshrany, an official of Time Warner | ) |
| Cable; Wayne Ellis, senior pastor for | ) |
| Screven Baptist Church, Screven Baptist | ) |
| Church, a church located in Georgetown, | ) |
| S.C., | ) |
|  | ) |
| Defendants. | ) |
| _____ | ) |

Pursuant to Local Civ. R. 73.02(B)(2)(e), this case is referred to Magistrate Judge Robert S. Carr for all pretrial proceedings.

**AND IT IS SO ORDERED.**

*/s/ C. Weston Houck*
_____
**C . WESTON HOUCK**
**UNITED STATES DISTRICT JUDGE**

November 14, 2006
Charleston, South Carolina